UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GILBERT M. MARTINEZ,

        Plaintiff,

- against -

HONORABLE ANTHONY CANNATARO and
GLORIA MARGARY,

        Defendants.
-------------------------------------------------------------X

**JUDGMENT**
14-CV-753 (RRM)

Memoranda and Order having been filed this day dismissing plaintiff's petition for lack of subject matter jurisdiction, it is

**ORDERED ADJUDGED AND DECREED** that plaintiff's petition is dismissed, that plaintiff take nothing of defendants, and that this case is hereby closed.

SO ORDERED.

Dated: Brooklyn, New York
      March 17, 2014

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge